**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JONATHON SHARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:05-cv-838-SEB-VSS |
| ) | |
| SUSAN ANN HOLTSCLAW, ) | |
| PEGGY HOLTSCLAW, ) | |
| ) | |
| Defendants. ) | |

**Order Imposing Restricted Filer Status**
**and Directing Treatment of Further Lawsuits**

The plaintiff has not shown cause why his future filings in this court should not be restricted. For the reasons explained in Part II of the Entry issued on December 9, 2005, therefore, the court finds that such an injunction should issue. His future filings in this court are restricted as specified in this Order. Any new action he tenders for filing in this court, except for matters pertaining to a criminal prosecution in which he is a defendant or an action for habeas corpus relief, shall be screened and approved by the court before being forwarded to the clerk for filing, and if found to be frivolous, duplicative of other litigation or otherwise legally insufficient or abusive, will not be filed.

**IT IS THEREFORE ORDERED** that Jonathan Sharkey, also known as Rocky Flash, is **enjoined** from filing new lawsuits in this court after the date this Order is docketed, except as follows:

1. The clerk shall create and maintain a miscellaneous file with the general title "In re Jonathan Sharkey". A copy of this Order shall be placed in the miscellaneous file.

2. Whenever Sharkey, whether using that name or some other name, proffers a new lawsuit for filing, the clerk or her designated deputy shall accept the papers, stamp them "received" (rather than "filed") and forward them to the then-current motions judge for the Indianapolis Division for review.

  3. The court will examine any documents tendered by Sharkey and determine whether or not they should be filed. The court will deny leave to file the documents if they are merely duplicative of matters already litigated or currently pending or are legally frivolous.

  4. If the court enters an order denying leave to file the materials, the clerk shall retain the order and a copy of the materials in the miscellaneous file and cause a copy of the order to be mailed to Sharkey.

  5. If the court enters an order granting leave to file the materials, the clerk shall cause the materials to be processed in accord with the order which is issued.

  6. This screening requirement shall not apply to filings in cases already pending in this court as of this date, nor to filings appealing this Order. This Order may be modified as the requirements of equity may demand. This Order shall expire on January 2, 2008, without further order of this court, but if the Order does not accomplish its intended purpose, the court may consider modifying or extending the order.

**Note:** The foregoing restrictions in Jonathan Sharkey's filing in this court do not apply to a criminal prosecution in which he is a defendant or an action for habeas corpus relief.

  **IT IS SO ORDERED.**


Date: 01/03/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Copies to:

Jonathon Sharkey
11358 Hooper Avenue #166
Toms River, NJ 08753-2882

Susan Ann Holtsclaw
4809 West McCray Street
Speedway, IN  46224

Peggy Holtsclaw
4809 West McCray Street
Speedway, IN  46224